IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**GERHARD LANGGUTH**                                                                           **PLAINTIFF**
*#262295*

v.                           CASE NO. 4:23-CV-01057-BSM

**SARAH HUCKABEE SANDERS,**
Governor, State of Arkansas, *et al.*                                          **DEFENDANTS**

## JUDGMENT

Consistent with the order entered today, this case is dismissed without prejudice.

IT IS SO ORDERED this 13th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE